01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  UNITED STATES OF AMERICA,            )
                                         )    CASE NO. MJ 11-128
09          Plaintiff,                   )    D/AK NO. 3:11-CR-23 RRB
                                         )
10          v.                           )
                                         )
11  TERRY M. MALYUREK,                   )    DETENTION ORDER
                                         )
12          Defendant.                   )
    _____ )
13

14  <u>Offense charged</u>:      Drug Trafficking Conspiracy

15  <u>Date of Detention Hearing</u>:    March 29, 2011

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably assure

19  the appearance of defendant as required and the safety of other persons and the community.

20              <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

21          (1)      Defendant is charged by Indictment from the District of Alaska in Case No. 3:11-

22  CR-23 RRB.  He was arrested in this District, and does not oppose detention at this time.  An

DETENTION ORDER                                                              PAGE 1

01 Order of Transfer has been signed.

02      (2)    Defendant has a lengthy criminal record that includes multiple failures to appear,

03 with bench warrants issued.  There is an outstanding warrant from December 2009 in Federal

04 Way, Washington, following a failure to appear in that court.   Defendant was not interviewed

05 by Pretrial Services, so most of his background information is not known.

06      (3)    Defendant poses a risk of nonappearance due to lack of background information,

07 a history of failing to appear, and an outstanding bench warrant.  He poses a risk of danger due

08 to criminal history.

09      (4)    There does not appear to be any condition or combination of conditions that will

10 reasonably assure the defendant's appearance at future Court hearings while addressing the

11 danger to other persons or the community.

12 It is therefore ORDERED:

13      (1)    Defendant shall be detained pending trial and committed to the custody of the

14                Attorney General for confinement in a correction facility separate, to the extent

15                practicable, from persons awaiting or serving sentences or being held in custody

16                pending appeal;

17      (2)    Defendant shall be afforded reasonable opportunity for private consultation with

18                counsel;

19      (3)    On order of a court of the United States or on request of an attorney for the

20                Government, the person in charge of the corrections facility in which defendant

21                is confined shall deliver the defendant to a United States Marshal for the purpose

22                of an appearance in connection with a court proceeding; and

01      (4)     The clerk shall direct copies of this Order to counsel for the United States, to

02      counsel for the defendant, to the United States Marshal, and to the United States

03      Pretrial Services Officer.

04    DATED this <u>29th</u> day of March, 2011.

05

06                            Mary Alice Theiler

07                            United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                PAGE 3